MARGARET WADE GRINAGER v. GROSVENOR CLARKSON, Otherwise Known as

Grosvenor B. Clarkson.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.